WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JASON P. ANDERSON,**                                                                CV # 10-151-AA

  Plaintiff,

vs.                                                                                                    ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $9,435.37 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,500.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. If Plaintiff's attorney receives both fees, he must refund the smaller fee to the claimant.

DATED this 27 day of October, 2011.

_____
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1